IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | |
| Plaintiffs, | No. C 04-04907 JSW |
| v. | |
| MORA CONSTRUCTION, INC., et al., | **ORDER OF REFERRAL** |
| Defendants. | |

Pursuant to Local Rule 72-1, plaintiff's motion for default judgment against defendants Mora Construction, Inc. in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: October 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE