IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | |
| Plaintiffs, | No. C 04-04907 JSW |
| v. | |
| MORA CONSTRUCTION, INC., et al., | **ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| Defendants. | |

The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court has received no objections to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and Plaintiffs are awarded $91,926.37 in delinquent contributions; $33,552.36 in interest and liquidated damages (calculated to December 8, 2005) with further interest of $30.22 per day to date of judgment (79 days) in the amount of $2,387.38; $3,300.00 in attorneys' fees; and $499.00 for the cost of suit.

**IT IS SO ORDERED.**

Dated: February 27, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE