1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  GIL CROSTHWAITE, et al.,

10          Plaintiffs,                                    No. C 04-04907 JSW

11    v.

12  MORA CONSTRUCTION, INC., et al.,                **JUDGMENT**

13          Defendants.

14  _____/

15          It is hereby ORDERED AND ADJUDGED that default judgment is entered and the

16  action is dismissed with prejudice.  The Clerk is directed to enter judgment in favor of Plaintiffs

17  and against Defendant in the amount of $131,665.11.

18

19

20          **IT IS SO ORDERED.**

21

22  Dated:  February 27, 2006                    _____
                                                JEFFREY S. WHITE

23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California