IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

v.

MORA CONSTRUCTION, INC., et al.,

    Defendants.

No. C 04-04907 JSW

**ORDER DENYING REQUEST FOR SECOND AMENDED JUDGMENT**

The Court has received Plaintiffs' request dated May 11, 2006, for a second amended judgment reflecting Plaintiffs' request that Defendants submit to an audit. On February 1, 2006, Magistrate Maria Elena James issued a report and recommendation to grant Plaintiffs' motion for default judgment, without reference to Plaintiffs' request to compel Defendants to submit to an audit. This Court adopted the report and recommendation in full and issued a judgment on February 27, 2006. Pursuant to Federal Rule of Civil Procedure 72(a), Plaintiffs had 10 days to file objections to the magistrate judge's order. A party who fails to file timely objections "may not thereafter assign as error a defect in the magistrate judge's order." Fed. R. Civ. P. 72(a). The Court will not now consider an objection to the magistrate judge's order dated February 1, 2006. Therefore, Plaintiff's request for a second amended judgment is DENIED.

**IT IS SO ORDERED.**

Dated: May 19, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE